FILED

10/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0429

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0429

DUANE BURCHILL,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

**ORDER**

Upon consideration of Appellant's motion to supplement the record, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk of this Court shall place the following transcripts in the file of this Court in this cause:

Transcript on appeal in DA 18-0193

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2022